**File Hashes for IP Address 205.178.56.234**

**ISP:** RCN
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/18/2014 22:47:57 | 75D80D1C22D33C98CA4377FA2929158AD7680255 | Group Sex |
| 07/04/2014 14:13:04 | 6E7102974A414617BB8B253010038E86E3C4B93D | Coming Late |
| 07/03/2014 22:26:20 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 07/03/2014 22:23:16 | 6C491AED171431AEB6349385B6CED39A4B851497 | Not Alone |
| 07/02/2014 04:25:11 | FF5D96473B2158BB2A6D3AEA6C16E7DD61D46311 | Dancing Romance |
| 06/30/2014 03:30:55 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 06/30/2014 02:17:40 | A7655F94C8A103E73DC6552897CCF623A3E88D7D | Lovers Way |
| 06/30/2014 02:03:54 | D847B503DC06820BFE08A4DF2BD9CBAF7C5D1C31 | Two Boys and a Girl |
| 06/22/2014 16:26:58 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 06/22/2014 16:26:44 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | Marry Me |
| 06/22/2014 16:26:25 | 0EA2EC08BA5DB34365E0C698AFAA6EDFC96EC72C | Meet My Lover From Austria |
| 06/22/2014 16:26:07 | 2E6BD2E759CDE5E91A90C90442EA66B0CFE65E7F | California Dreams |
| 06/22/2014 16:20:57 | 5E4C94426F363EC6A29574A4F617250137B8D1BE | Threes Company |
| 06/22/2014 16:19:43 | 382B288F7F7BC34700258E42CB618338478645D7 | Double Tease |
| 06/22/2014 16:19:40 | 4403D1E680AACFBF07B8CE07E4F62A6506D42EF6 | In for the Night |
| 06/22/2014 16:19:16 | 29FF90F29CAEB6D69BA125CFA11143F9E9FF6823 | At Home With Tiffany |
| 06/22/2014 16:18:47 | 5EBFBECEDF23DE0C982FDC30D1503D792DF7DB72 | And Then There Was You |
| 06/18/2014 13:19:01 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time |
| 06/03/2014 00:53:28 | 2C5F833FB38D4CCA307E1D5C57615AB1C8BBB68A | First and Forever |
| 06/03/2014 00:24:21 | A4AE6B2579DB805C3EA7AFACCD54B15824B9E111 | Party Boat |
| 06/02/2014 05:25:43 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 06/02/2014 04:30:07 | AED07747362E4BF47AA4E3C46F77D249944C7EC3 | Epic Love |

EXHIBIT A

NIL361

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/02/2014 04:16:46 | F09E59860DED770DD0E80B5F5E39195914A9866A | Angie VIP Lounge |
| 06/02/2014 03:59:05 | AD6C1AD8FCBA53716EA0396B4FB289EDAC788DF6 | From Three to Four |
| 06/02/2014 03:52:14 | 380BA05600EE3909A35C9781DF6BBD080F0AA065 | Just Watch Part 2 |
| 06/02/2014 03:51:35 | 0179A1332F7CEBBF66DC1AE322BDDE0996FAF1FE | Morning Glory |
| 06/02/2014 03:29:50 | 28D254BBB8DF3F45585100E8DD4C71653F8F0F44 | From Three to Four Part 2 |

**Total Statutory Claims Against Defendant: 27**

EXHIBIT A